UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
**STEVEN A. BURNS,**

Plaintiff(s),

- against -

**JOHN PAUL STOLTZFUS and SEMINOLE TRANSPORT LLC,**

Defendant(s).
-----------------------------------------------------------X

**STIPULATION OF DISCONTINUANCE**

Index No.: 7:26-cv-02835

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, discontinued, with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: September 24, 2026

Regina Fitzpatrick
O'Connor & Partners, PLLC
Attorney for Plaintiff(s)
255 Wall Street
Kingston, NY 12401

Jeffrey A. Payne
By:
Morrison Mahoney LLP
Attorney for Defendant(s)
88 Pine Street, Suite 1900
New York, NY 10005

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
October 9, 2026